Case 4:25-cr-00174   Document 1   Filed 04/15/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
April 15, 2025
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | Criminal No. **4:25-cr-174** |
| JERRY COLLINS, | § § | **Count 1:** Wire Fraud, 18 U.S.C. 1343 |
| Defendant. | § § | |

## INFORMATION

### COUNT ONE
### (18 U.S.C. § 1343)

1. On or about April 6, 2021, in the Southern District of Texas and elsewhere, the Defendant,

## JERRY COLLINS

did knowingly devise and intend to devise a scheme and artifice to defraud the Small Business Administration, an executive branch agency of the United States Government, by means of materially false and fraudulent pretenses and representations, namely by causing the Small Business Administration to disburse monetary funds, via interstate wire transfer, of SBA Loan # 9981178602 to Capital One bank account ending in x8257, controlled by Defendant JERRY COLLINS, through a series of false and fraudulent statements, namely that he owned and operated a commercial remodeling business in his own name, when in fact such business did not operate, and by submitting false and fraudulent statements and documents to obtain the monies, all of which were transmitted via wire transaction between Fountainhead SBF LLC, through servers located in

Georgia, and the Defendant's Capital One bank account, with servers located Oregon and Virginia, in interstate commerce in furtherance of executing the scheme.

All in violation of 18 U.S.C. § 1343.

## NOTICE OF CRIMINAL FORFEITURE

### (18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of wire fraud as charged in this Information, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By: */s/ Christian T. Latham*
CHRISTIAN T. LATHAM
Assistant United States Attorney
Southern District of Texas